**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION**

| | |
|---|---|
| JEFFERY BENNETT, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| vs. ) | No. 1:15-CV-0072-P-BL |
| ) | |
| HARRINGTON HOISTS, INC., ) | |
| et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER ACCEPTING REPORT AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

On August 27, 2015, the assigned Magistrate Judge issued a Report and Recommendation (doc. 10) in which he recommends that the Court grant a Motion for Remand (doc. 5). No party has filed any objection to the recommendation. After reviewing the relevant filings, including the Report and Recommendation, in accordance with 28 U.S.C. § 636(b)(1), the undersigned is of the opinion that the findings and conclusions of the Magistrate Judge are correct and they are accepted as the findings and conclusions of the Court. Accordingly, the Court **ACCEPTS** the Report and Recommendation (doc. 10), **GRANTS** the Motion for Remand (doc. 5), and **REMANDS** this case to the 32nd District Court for Nolan County, Texas.

**SIGNED this 17th day of September, 2015.**

_____
**JORGE A. SOLIS
UNITED STATES DISTRICT JUDGE**